# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

128148

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

REZA BAYATI,
      Plaintiff-Appellant,

v

BAHAREH BAYATI, a/k/a BAHAREH
BAHR HOSSEINI,
      Defendant-Appellee.

SC: 128148
COA: 254762
Oakland CC: 03-678242-DM

_____/

      On order of the Court, the application for leave to appeal the judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

s0619

_____
Clerk